USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                             :

LUIS MORALES, *et al.*,  :

                               Plaintiffs,  :                      1:26-cv-4083-GHW

              -against-  :                         ORDER

                                             :

CARLOS RODRIGUEZ TORRES, *et al.*,  :

                              Defendants.  :

                                           :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of Kings on May 15, 2026. Dkt. Nos. 1–2. Because a state civil action may be removed only to the district court "for the district and division embracing the place where such action is pending," 28 U.S.C. § 1441(a), and Kings County is located in the Eastern District of New York, the Court issued an order to show cause on May 19, 2026 as to why this case should not be transferred to the Eastern District of New York. Dkt. No. 4. Defendants responded to that order consenting to the transfer of this action to the Eastern District of New York. Dkt. No. 6. Accordingly, this case is hereby transferred under 28 U.S.C. § 1406(a) to the Eastern District of New York.

Defendants also request a refund of the filing fees paid at Dkt. Nos. 1 and 2, asserting that they "erroneously filed in the Southern District." Dkt. No. 6. That request is granted in part and denied in part. The Court understands that Defendants paid the filing twice in this action, in addition to paying a third filing fee in the Eastern District of New York. Dkt. Nos. 1–2. Defendants may contact the Finance Department of the Clerk's Office regarding reimbursement of the duplicate filing fee paid in this action at Dkt. No. 2.

Defendants' request is denied with respect to reimbursement of the initial filing fee at Dkt. No. 1. "Once the filing fee has been collected, it cannot be waived or refunded, regardless of the

outcome of the action." *Celestin v. U.S. Dep't State Bureau of Consular Affs.*, No. 20-CV-947, 2020 WL 6901081, at *2 (E.D.N.Y. Nov. 23, 2020); *see also Goins v. Decaro*, 241 F.3d 260, 261 (2d Cir. 2001) ("[F]ee-paying litigants have no opportunity to obtain a refund of their filing fees in the event that they withdraw their appeals . . . ."); *Akassy v. New York Daily News*, No. 14-CV-1725, 2014 WL 12909142, at *1 (S.D.N.Y. May 28, 2014) ("[O]nce a matter has been adjudicated, the Court cannot return a filing fee . . . ."). The Clerk of Court and this Court have already expended resources reviewing this case.

Defendants also state that counsel's office "spoke to a representative of the Southern District" and was "advised to open a new case in the Eastern District, so this matter can be transferred." Dkt. No. 6. The Court notes that no member of this Court's chambers communicated with or advised Defendants' counsel about this case.

The Clerk of Court is directed to transfer this case to Eastern District of New York without delay. Defendants are directed to serve a copy of this order on Plaintiffs and to retain proof of service.

SO ORDERED.

Dated: May 22, 2026

_____
GREGORY H. WOODS
United States District Judge

2